JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG LINH HOANG,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES DISTRICT COURT OF CALIFORNIA,<br><br>    Respondent. | Case No. 8:22-cv-01675-RGK-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is summarily dismissed without prejudice as a successive petition pursuant to Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

DATED: September 21, 2022     _____

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE